LAURENCE L. LEFF, Ph.D., as Administrator of the Estate of EVE LEWIS, Deceased, et al., Appellants, v TIAA-CREF LIFE INSURANCE COMPANY, Respondent.

Submitted August 8, 2011; decided October 20, 2011

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 788 (2011)].